IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-00121-RBJ | Date:  June 24, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RYAN MAY | *John A. Newman* |
| TONY MONCEAUX | *Galvin B. Kennedy* |
| JEREMY ALLEN MAYBURY | |
| JOSHUA POWERS | |
| IAN RUSSELL | |
| JOSEPH LAFOND | |
| **Plaintiff(s)** | |
| v. | |
| E&J WELL SERVICE INC | *Richard W. Hanes* |
| ELDON MARTIN | |
| **Defendant(s)** | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:  1:00 p.m.

Appearance of counsel.

**The Court accepts the proposed limits and deadlines which include:**

   Deadline for joinder of parties and amendment of pleadings:  April 30, 2014.

   Fact Discovery cut-off:  October 31, 2014.

   Dispositive motion deadline:  December 15, 2014.

**FIVE TO SEVEN DAY JURY TRIAL** is scheduled to commence **April 6, 2015, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A.

Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **March 13, 2015, at 9:00 a.m**. in the same courtroom location.  Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.

Discussion held on pending motions.

**ORDERED:  [10] Defendant Eldon Martin's Motion to Dismiss is DENIED.**

Discussion held on Court approval of settlement.

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  1:27 p.m.          Hearing concluded.          Total time in Court:  00:27