IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  14-cv-00121-RBJ | Date:  June 29, 2015 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| RYAN MAY<br>TONY MONCEAUX<br>JEREMY ALLEN MAYBURY<br>JOSHUA POWERS<br>IAN RUSSELL<br>JOSEPH LAFOND<br>WILLIAM L. ROTELLA<br>ANDREW P. PAGE<br>LARRY D. ALGIEN<br>ROGER L. SCHWANKE<br>KEVIN CALL<br>DEAN SMITH<br>GLEN C. DICKERSON<br>THOM N. TOLER<br>TRAMPAS J. ROBINSON<br>DAVID WEBB CHAD HERBERT<br>**Plaintiffs** | *Udyogi A. Hangawatte* |

v.

| | |
|---|---|
| E&J WELL SERVICE INC<br>ELDON MARTIN<br>**Defendants** | *Richard W. Hanes* |

### COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session:  1:30 p.m.

Appearance of counsel – all counsel appear via telephone.

Discussion held on discovery disputes.

**ORDERED:** **Named plaintiffs are to submit W2 forms, 1099 forms and Schedule C information to the defense subject to a protective order, as indicated on the record, within 10 days.**

**[58] Defendant's Motion to Extend the Deadline for Filing Dispositive Motions is GRANTED. Dispositive Motion deadline extended to July 24, 2015.**

**[57] Plaintiff's Motion to Compel Discovery Responses is GRANTED in PART and DENIED in PART.**
**Non-privileged documents that Chad Martin reviewed in preparation of his deposition, the 2013 revision of E&J's standard operating procedures, the E&J board meetings and agendas that has anything to do with this case, the binder of E&J company policies that was given to all newly-hired E&J flow testers, that is non-privileged, invoices re Hatrack, and emails and text messages from E&J to the plaintiffs are all to be produced within 10 days.**

Court in Recess:  2:01 p.m.          Hearing concluded.          Total time in Court:  00:31